UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. v. Colin M. Skeele, 2:18-cr-00407-SDW

## PETITION FOR WRIT OF HABEAS CORPUS

1. COLIN M. SKEELE; DOB: 6/2/1986, REGISTER # 70426-050, is now confined to Federal Correction Institution (FCI) Marion, in Marion, Illinois.

2. COLIN M. SKEELE; DOB: 6/2/1986, REGISTER # 70426-050, will be required to appear before the United States District Court, Newark, New Jersey, on **Monday, June 10, 2024 at 12:00 p.m.**, for a **Re-Sentencing** before the Honorable Susan D. Wigenton, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose.

DATED:   April 23, 2024
         Newark, NJ

/s/ Sammi Malek
Sammi Malek, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: April 23, 2024

Honorable Susan D. Wigenton, U.S.D.J

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Federal Correction Institution (FCI) Marion
WE COMMAND YOU that you have the body of:

COLIN M. SKEELE; DOB: 6/2/1986, REGISTER # 70426-050

now confined at the Federal Correction Institution (FCI) Marion, be brought before the United States District Court, on June 10, 2024 at 12:00 p.m., for a Re-Sentencing before the Honorable Susan D. Wigenton.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: 4/23/24

MELISSA E. RHOADS, ESQ.
Clerk of the U.S. District Court
for the District of New Jersey

Per: _L Soto_
Deputy Clerk